# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| Case Number: | 19-1306 JB | UNITED STATES vs. Salazar | |
|---|---|---|---|
| Hearing Date: | 5/30/2019 | Time In and Out: | 9:50 am -9:53 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Lawrence Salazar | Defendant's Counsel: | Esperanza Lujan for Initial Only |
| AUSA | Allison Jaros | Pretrial/Probation: | Delma Ramos |
| Interpreter: | | | |

## Initial Appearance

| | | | |
|---|---|---|---|
| ☐ | Defendant sworn | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant wants Court appointed counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Arraignment/Detention Hearing | on May 31, 2019 | @ 9:30 am |

## Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant remanded to custody of United States Marshal's Service | |
| ☐ | Conditions | |

## Other

| | | |
|---|---|---|
| ☐ | Matter referred to        for final revocation hearing | |
| ☐ | | |