# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

| Before the Honorable Kirtan  Khalsa |
|---|

| United States Magistrate Judge |
|---|

| Clerk's Minutes | Arraignment/Detention |
|---|---|

| Date: | 5/31/2019 | Case Number: | 19-1306 JB | |
|---|---|---|---|---|
| Case Title: USA v. | Lawrence Salazar | Liberty: | Rio Grande @ | 9:50 am |
| Courtroom Clerk: | C. Lopez | Total Time: | 5mins | |
| Probation/Pretrial: | Delma Ramos | Interpreter: | | |

| ATTORNEYS PRESENT: |
|---|

| Plaintiff: | Norman Cairns | Defendant: | Sam Winder for Joe Romero |
|---|---|---|---|

| PROCEEDINGS: |
|---|

| ☐ | First Appearance of Defendant |
|---|---|
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Motions due by:6/20/2019 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Judge Browning |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant released on his/her own recognizance w/conditions |
| ☐ | Other: |