FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 7 2019

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Cr. No. 19-1306 JB |
| LAWRENCE SALAZAR, ) | |
| Defendant. ) | |

## ORDER AMENDING CONDITIONS OF RELEASE

This matter having come before the Court on the Defendant's Unopposed Motion to Amend Conditions of Release, filed on November 7, 2019, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Unopposed Motion to Amend Conditions of Release be and hereby is GRANTED. Pending his sentencing hearing, Defendant is ordered released on his own recognizance and standard conditions of release as deemed appropriate by the Court.

_____
U.S. MAGISTRATE COURT JUDGE